954

No. 76–1185. Homer *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 76–1198. McClung *v.* Virginia. Sup. Ct. Va. Certiorari denied.

No. 76–1199. Boineau *v.* South Carolina Real Estate Commission. Sup. Ct. S. C. Certiorari denied.

No. 76–1211. Bulk Terminals Co. et al. *v.* Environmental Protection Agency et al. Sup. Ct. Ill. Certiorari denied.

No. 76–1262. Gannet *v.* First National State Bank of New Jersey et al. C. A. 3d Cir. Certiorari denied.

No. 76–1266. National Association of Regional Medical Programs, Inc., et al. *v.* Califano, Secretary of Health, Education, and Welfare, et al.; and
No. 76–1304. Wagshal *v.* Califano, Secretary of Health, Education, and Welfare, et al. C. A. D. C. Cir. Certiorari denied.

No. 76–1271. Hoopes *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 76–1314. Kilpatrick et al. *v.* United States; and
No. 76–1360. Jackson et al. *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 76–1329. Brown et al. *v.* Bryan et al. Sup. Ct. Ala. Certiorari denied.

No. 76–1358. Handy Hardware Wholesale, Inc. *v.* National Labor Relations Board. C. A. 5th Cir. Certiorari denied.